UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CP ST. LOUIS CASINO, LLC and CP ST.
LOUIS CASINO ACQUISITION, LLC,

        Plaintiffs,

        v.

CASINO QUEEN, INC.,

        Defendant.

Case No. 07-cv-447-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Casino Queen, Inc. and against plaintiffs CP St. Louis Casino, LLC and CP St. Louis Casino Acquisition, LLC, and that this case is dismissed with prejudice.

**DATED: March 11, 2009**        **KEENAN G. CASADY, CLERK**


        **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**   <u>s/ J. Phil Gilbert</u>
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**